157 A.3d 846

WELLS FARGO BANK, N.A., PLAINTIFF–RESPONDENT,
v. ROSEMARY C. COLLINS, MICHAEL J. COLLINS,
DEFENDANTS–PETITIONERS.

December 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003283–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

157 A.3d 847

BRIAN GREAVES, PLAINTIFF–PETITIONER, v. INLINE
SKATING CLUB OF AMERICA, LLC., DEFENDANT.

December 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004276–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.